# Court of Appeals
# of the State of Georgia

ATLANTA,___August 10, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0402. BOAZ YEHIEL BADICHI v. ALBION TRADING INC., et al.**

Boaz Yehiel Badichi seeks discretionary review of the trial court's grant of partial summary judgment to Albion Trading, Inc., SBS 384, LLC, SBS 276, LLC, and SBS Holdings at Tall Pines Apartments, LLC in this action for equitable partition and accounting. We transferred the application to the Supreme Court, which returned it to us on July 12, 2016, after concluding that it did not have jurisdiction. The appellees' motion for reconsideration, which sought the return of the appeal to this Court, is therefore DENIED AS MOOT.

The grant of partial summary judgment may be directly appealed. See OCGA § 9-11-56 (h); see also *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). Under OCGA § 5-6-35 (j), this court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. The defendants shall have 10 days from the date of this order to file a notice of appeal with the superior court, if they have not already done so. The superior court clerk is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/10/2016_____*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, *Clerk.*